FRANK H. BRESEE, Respondent, v. THOMAS J. O'BRIEN, Appellant.—Judgment modified by striking out the provision that the respondent, Frank H. Bresee, recover from the appellant, Thomas J. O'Brien, thirty-five dollars costs, and as so modified affirmed, without costs to either party in this court. All concurred, except Kellogg, P. J., who dissented.

THE BOARD OF SUPERVISORS OF SCHENECTADY COUNTY, Respondent, v. FRANKLIN H. SMITH and HENRIETTA MONTANYE, as Administrators, etc., of WILLIAM J. MONTANYE, Deceased, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

EDWARD C. BARLEY and MAUDE E. BARLEY, His Wife, Respondents, v. JANE A. DUNN, Appellant, and Others.— Judgment unanimously affirmed, with costs.

FRED CRAFT, Respondent, v. BYRON S. BURNSIDE, Appellant.— Judgment and order unanimously affirmed, with costs.

COVERT MANUFACTURING COMPANY, Appellant, v. ROBERT GAIR COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Howard and Cochrane, JJ., who dissented.

THE CITY OF HUDSON and BOARD OF EDUCATION OF THE CITY OF HUDSON, Respondents, v. BURCHARTZ FIREPROOFING COMPANY, INC., Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer, and answer on payment of costs in this court and in the court below. All concurred, except Howard, J., who dissented.

RODERICK M. DAVIDSON, Respondent, v. FRED T. KENYON and Others, Appellants.— Judgment and order unanimously affirmed, with costs.

HENRY C. ELMENDORF, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

CHARLOTTE EPPS, Appellant, v. MAY PRICE and Others, Respondents. — Judgment and order unanimously affirmed, with costs.

THOMAS B. FITZGERALD, Appellant, v. ELMIRA ADVERTISER ASSOCIATION, Respondent.— Judgment and order unanimously affirmed, with costs.

THE HARFORD NATIONAL BANK OF BEL AIR, Appellant, v. SQUIRE B. GARDNER, Respondent.— Judgment and order unanimously affirmed, with costs.